

FILED

MAY 2 2 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Heard, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1213 (UNA) |
| | ) | |
| Mexicans *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), which requires the Court to dismiss a complaint upon determining that it, among other enumerated grounds, is frivolous.

Plaintiff, a resident of Gainesville, Georgia, has sued "Mexicans, President of Mexico, Central Americans, Russian President [Putin], the President of Korea [Kim], and Members of the Democratic Congress." Compl. Caption. Plaintiff begins: "While I waited at the portals of the entrance to begain [sic] this trek into the violation of treason, then I find myself begaining [sic] at 10:00 a.m. to get to the bottom of the issues at hand." Compl. at 1. The complaint consists wholly of such nonsensical statements lacking "an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Consequently, the complaint will be dismissed with prejudice. *See Firestone v. Firestone*, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (A dismissal with prejudice is warranted upon determining "that 'the allegation of other facts consistent with the challenged pleading could not possibly cure the deficiency.'") (quoting *Jarrell v. United*

1

*States Postal Serv.*, 753 F.2d 1088, 1091 (D.C. Cir. 1985) (other citation omitted)). A separate

Order accompanies this Memorandum Opinion.

Date: May 16, 2019

_____
Colleen Kollar-Kotelly
United States District Judge